NO. 04-16-00786

IN THE
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2017 NOV -1 AM 11:38
Keith E. Hottle
KEITH E. HOTTLE, CLERK

ANTHONY MOORE AND JOANN MOORE,

V.

DAVID SUBIA,

ON APPEAL FROM THE COUNTY COURT AT LAW, BEXAR COUNTY, TEXAS

APPELLANTS SECOND MOTION TO DENY APPELLEE'S SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS BRIEF

TO THE HONORABLE FOURTH COURT OF APPEALS:

APPELLANTS VERY RESPECTFULLY SUBMIT THIS MOTION TO DENY SHOWING THE COURT AS FOLLOWS:

IN THE INTEREST OF TIME, EXPENSE, TRAVEL, AND RETURN TO FILE A PREPARED DOCUMENT, THIS HAND WRITTEN MOTION IS SUBMITTED TO THE COURT.

1. ANNOTATIONS ARE MADE ON A COPY OF APPELLEE'S MOTION.
2. APPELLEE'S MOTION IS SUBMITTED 10 DAYS AFTER MISSING A 5TH DEADLINE AS EXPECTED AS A DELAY TACTIC ARTICULATED IN APPELLANTS MOTION TO DENY PREVIOUSLY DENIED BY PER CURIAM ORDER.
3. APPELLEE AGAIN MISREPRESENTS FACTS REGARDING APPELLANTS RECEIVING NUMEROUS REQUESTED EXTENSIONS.

NO. 04-16-00786

4. APPELLANTS SUBMIT THIS MOTION IS IN FACT FOR UNNECESSARY DELAY.

5. "APPELLANTS" ARE NOT REQUESTING THIS EXTENSION.

6. APPELLANTS SUBMIT APPELLEE COUNSEL WAS AWARE HIS "PRIORITY" CLIENT IS DAVID SUBIA BY HIS OWN STATEMENT OF EXCUSE OF HIS COMMENT OF: THE UNDERSIGNED WORKED "WAS HIRED" TO PREPARE A BRIEF ON AN EXPEDITED BASIS TO THE NINTH CIRCUIT COURT OF APPEALS WHICH TOOK TWO WEEKS TO COMPLETE.

7. ISN'T THE 4TH COURT OF APPEALS IMPORTANT ENOUGH TO ALSO HONOR WITH A SUBMITTED APPELLEE BRIEF SINCE 3 AUG 2017 — ALMOST 100 DAYS — OR TO BE CONTINUALLY DISRESPECTED?

8. APPELLEE COUNSEL KNEW DAVID SUBIA'S BRIEF WAS HIS "PRIORITY."

9. APPELLEE COUNSEL SHOULD HAVE REQUESTED THIS EXTENSION TWO WEEKS AGO WHEN HE "KNEW" HE WAS ALREADY OBLIGATED TO APPELLEE DAVID SUBIA.

10. AGAIN, NO SUBSTANTIATING PROOF IS PROVIDED FOR ANY CLAIMS OF DELAY.

11. APPELLEE COUNSEL MISREPRESENTS THE TRUTH IN HIS CERTIFICATE OF CONFERENCE INFERRING REFUSAL TO CONFER. THIS IS NOT TRUE. APPELLANTS HAVE MERELY REQUESTED ANY "PROPOSED" TERMS TO BE STATED IN WRITING BECAUSE "VERBAL" CONVERSATIONS CANNOT BE VALIDATED. SEVERAL MISREPRESENTATIONS OF ACTUAL TRUTH AND DECEPTION WERE ARTICULATED IN APPELLANT'S MOTION TO DENY. APPELLEE COUNSEL'S "WORD" IS NOT DEEMED DEPENDABLE.

12. APPELLEE COUNSEL'S SECOND MOTION FOR EXTENSION OF TIME IS DEFINITELY OPPOSED BY APPELLANTS AND REQUEST FOR DENIAL IS SUBMITTED. ALMOST 100 DAYS HAS BEEN MORE THAN ENOUGH TIME TO SUBMIT "SOMETHING."

VERY RESPECTFULLY,

[signature]

2 ANTHONY MOORE PRO-SE
P.O. BOX 340096
SAN ANTONIO, TX 78234
210-848-6250

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF APPELLANT'S SECOND MOTION TO DENY APPELLEE'S SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS BRIEF WAS SERVED TO THE FOLLOWING COUNSEL OF RECORD LISTED BELOW BY CERTIFIED MAIL ON 1 NOVEMBER 2017.

CHRISTOPHER DEEVES
1370 PANTHEON WAY, SUITE 110
SAN ANTONIO, TX 78232

[signature]
ANTHONY MOORE
P.O. BOX 340096
SAN ANTONIO, TX 78234
210-848-6250

ACCEPTED
04-16-00786-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/30/2017 4:17 PM

**NO. 04-16-00786**

IN THE
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/30/17 4:17:56 PM
KEITH E. HOTTLE
CLERK

ANTHONY MOORE AND JOANN MOORE,

*Appellant*

v.

DAVID SUBIA,

*Appellee*

On Appeal from the County Court at Law, Bexar County, Texas

**APPELLEE'S SECOND OPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS BRIEF**

TO THE HONORABLE FOURTH COURT OF APPEALS:

APPELLEE, DAVID SUBIA ("Appellee"), respectfully present his Second Motion for Extension of Time to file His Brief, and would respectfully show the Court as follows: 10 DAYS AFTER MISSING 5TH DEADLINE

I.

On August 21, 2017, Appellants filed their Amended Brief. Appellee's Brief was due on September 20, 2017. This Court extended the time for file Appellee's Brief to October 20, 2017. Appellees request an extension of time to

file his brief for fifteen days until November 6, 2017 for the following reasons:

Appellants request the extension for the following reasons:

- The undersigned worked was hired to prepare a brief on an expedited basis to the Ninth Circuit Court of Appeals which took two weeks to complete;
- The undersigned prepared for one day and then tried an automobile accident case in one day, and
- The undersigned travelled to Denton, Texas for two days for a doctor's appointment.

II.

Appellee asks this Court to extend the time to file their Brief for fifteen days up to and including November6, 2017. Appellants have been granted numerous extensions of time in the past.

III.

This motion is not brought for purposes of delay but solely that justice may be served.

WHEREFORE, PREMISES CONSIDERED, APPELLEE prays that he be given an additional fifteen (15) days to respond to Appellants' Brief up to November 6, 2017. Appellee prays for such other relief to which he may be entitled consistent with this Court's ruling.

Respectfully submitted,

*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES
State Bar No. 00790575

THE LAW OFFICE OF
CHRISTOPHER DEEVES, P.C.
1370 Pantheon Way, Suite 110
San Antonio, Texas 78232
(210) 445-8807
(210) 501-0915 (fax)
e-mail: chrisdeeves@att.net

ATTORNEY FOR
APPELLEE
DAVID SUBIA

**CERTIFICATE OF CONFERENCE**

THIS IS NOT TRUE. WE HAVE REQUESTED IN WRITING ONLY

Appellants, *pro se*, have refused to confer except by mail and opposed Appellee's first motion for extension of time before it was filed. Based upon Appellants prior opposition, Appellee presumes this motion will be opposed. WE OPPOSE.

*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES

ANNOTATIONS MADE UPON RECEIPT OF THIS COPY 10:30 A.M. / 1 NOV 2017.

[signature]

ANTHONY MOORE, PRO SE
P.O. BOX 340096
SAN ANTONIO, TX 78234
210-848-6250

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing document was served as indicated to the following counsel of record listed below on October 30, 2017:

***Via Priority Mail***
Anthony Moore
Joann Moore
P.O. Box 340096
San Antonio, Texas 78234

*/s/ Christopher J. Deeves*
CHRISTOPHER J. DEEVES